AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| WHILO RECIO | ) | 25-5168-JGD |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 5, 2024 _____ in the county of _____ Suffolk _____ in the District of _____ Massachusetts _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of and possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Special Agent Nicholas Ponte

☑ Continued on the attached sheet.

_Nicholas Ponte_
*Complainant's signature*

Nicholas Ponte, DEA Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: _____ 05/14/2025 _____

_Judith G. Dein_
*Judge's signature*

City and state: _____ Boston, MA _____

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*